EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:06-cv-1870-T-24EAJ

VINCENT MAZZOLA, individually and as
Administrator of the Estate of Theresa
Mazzola, deceased,

    Plaintiffs,
v.

LAZY BONES CHARTER, INC., a Florida
Corporation, RONALD M. LACEY, and the
M/Y *ALMOST THERE* in rem,

    Defendant.
_____/

## CONSENT FINAL JUDGMENT

THIS CAUSE having come before the Court on the parties Joint Stipulation and Agreement for and Consent to Entry of Judgment, by and between Plaintiff, VINCENT MAZZOLA, individually and as Administrator of the Estate of Theresa Mazzola, and Defendant, RONALD M. LACEY, and the Court having reviewed the foregoing Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff, VINCENT MAZZOLA, individually and as administrator of the Estate of Theresa Mazzola, deceased recover from Defendant RONALD M. LACEY and the M/Y ALMOST THERE, *in rem*, the sum of $4,000,000.00 which will bear interest at the legal rate, for which sum let execution issue.

DONE AND ORDERED in Chambers in Tampa, Hillsborough County, Florida, this 5th day of June, 2007.

                                                      DISTRICT COURT JUDGE

cc: William B. Milliken, Esq.
    Charles E. McKeon, Esq.
    Paul Parrish, Esq.